IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DAVID LEE DEBENEDICTIS,

      Appellant,

 v.

Case No.  5D21-1743
LT Case No. 2018-303380-CFDB

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 3, 2022

Appeal from the Circuit Court
for Volusia County,
Dennis Craig, Judge.

Paula C. Coffman, of Law Office of
Paula Coffman, Orlando, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

EDWARDS, SASSO and NARDELLA, JJ., concur.